J-S18013-21

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
:
v. :
:
:
:
ANDRE CHIN :
:
Appellant : No. 880 EDA 2020

Appeal from the Judgment of Sentence Entered February 21, 2020
In the Court of Common Pleas of Montgomery County Criminal Division
at No(s): CP-46-CR-0007662-2019

BEFORE: PANELLA, P.J., McCAFFERY, J., and COLINS, J.[*]

## ORDER FILED: July 6, 2021

The memorandum filed on July 2nd, 2021, in this appeal is hereby **WITHDRAWN**.

PER CURIAM

---

[*] Retired Senior Judge assigned to the Superior Court.